UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHAWN M. STRICKLAND,**

      **Plaintiff,**

v.                                          Case No: 6:13-cv-1000-Orl-41GJK

**WYNDHAM VACATION RESORTS,
INC. and WYNDHAM VACATION
OWNERSHIP, INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 155) filed on August 13, 2014. On September 9, 2014, United States Magistrate Judge Gregory J. Kelly submitted a report recommending that the motion be granted. (Doc. 156). The parties have filed a Joint Notice (Doc. 157), indicating that none of the parties object to the Report and Recommendation.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to the Report and Recommendation (Doc. 157), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 156) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 155) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

DONE and ORDERED in Orlando, Florida on September 22, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record